

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00816-CV |
| Style: | Curocom Energy LLC and Curo Holdings Co. Ltd |
| | **v** Woong Soon Eem and Jason Kim |
| Date motion filed[*]: | December 5, 2014 |
| Type of motion: | Motion to Extend Time to File Notice of Appeal |
| Party filing motion: | Woolim Resources Development Company Ltd., Woolim Energy Holdings, LLC and Woolim Construction Company, Ltd. |

After considering the motion and the response, the court GRANTS the motion for an extension of time to file a notice of appeal, filed by Woolim Resources Development Company Ltd., Woolim Energy Holdings, LLC and Woolim Construction Company, Ltd, to the date of its filing.


| | |
|---|---|
| Judge's Signature: | /s/ Justice Jane Bland |
| | Acting Individually |
| Date: | January 7, 2015 |